**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

EK, Inc.

Plaintiff,

v.                                                          Case No.: 1:23–cv–01868

Honorable Thomas M.
Durkin

The Entities and Individuals Identified in
Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 13, 2023:

MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's ex parte
motion to extend the Amended Temporary Restraining Order [24] is granted. The
Amended Temporary Restraining Order entered on 4/3/2023 is extended for an additional
14 days through 5/1/2023. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.